Keep
v.
Tyler.

*F. Tracy,* for the motion.

---

## KEEP *against* TYLER.

MOTION for judgment as in case of nonsuit. The venue was laid in the county of Cortland ; but, at the last February term, was changed, by rule of this Court, to the county of Delaware, and notice of the rule, but not a certified copy, served on the agent of the plaintiff's attorney. The default, on which the present motion was founded, was the not trying in Delaware.

The motion was opposed, on the ground that a certified copy of the rule had not been served ; and *Thompson* v. *Douglass,* (2 John. Cas. 226,) and *Smith* v. *Sharp,* 13 John. Rep. 466, were relied on for this.

*Sherwood & Parker,* for the motion.

*Ross & Gray,* contra.

On obtaining a rule to change the venue, the defendant must follow this up with serving a certified copy on the plaintiff's attorney. Till this be done, the plaintiff has a right to consider the original venue as the place of trial. A mere notice of the rule is not sufficient.

**UTICA,**
**Aug. 1825.**

In the matter of extending Mercer Street.

*Curia.* The mere granting the motion did not work a change of the venue. The practice is to follow this with the service of a certified copy of the rule. An ordinary notice seems not to be sufficient. Till the proper notice, the plaintiff may disregard the rule, and consider the venue as remaining in Cortland.

Motion denied.